# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case No. 5:25-cv-04763-NC |
| Plaintiff, | **ORDER ON *EX-PARTE* APPLICATION FOR LEAVE TO SERVE THIRD-PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE** |
| vs. | |
| JOHN DOE subscriber assigned IP address 98.45.159.1 | Re: Dkt. No. 8 |
| Defendant. | |

This application came before the Court upon Strike 3 Holdings, LLC's *Ex-Parte* Application for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference, and the Court ORDERS:

1.  Strike 3 established that "good cause" exists for it to serve a third-party subpoena on Comcast Cable Communications, LLC . *See UMG Recording, Inc. v. Doe*, No. 08-cv-01193 SBA, 2008 WL 4104214, *4 (N.D. Cal. Sept. 3, 2008).

2.  The Court also finds that Strike 3 satisfies the test set forth in *Columbia Ins. Co. v. Seescandy.com*, 185 F.R.D. 573, 578-80 (N.D. Cal. 1999), because: (1) Strike 3 has shown it can identify the defendant with sufficient specificity such that the Court can determine that defendant is a real person or entity who could be sued in federal court; (2) Strike 3 identified the steps taken to locate the elusive defendant; (3) Strike 3's suit against defendant could withstand

1

Order on *Ex-Parte* Application for Leave to Serve Third-Party Subpoena Prior to a Rule 26(f) Conference
Case No. 5:25-cv-04763-NC

a motion to dismiss; and (4) Strike 3 has demonstrated that there is a reasonable likelihood of being able to identify the defendant through discovery such that service of process would be possible. *See also Distinct Media Ltd. v. Doe Defendants 1-50*, No. 15-cv-03312 NC, 2015 WL 13389609, at *2 (N.D. Cal. Sept. 29, 2015).

    3.    Strike 3 may serve Comcast Cable Communications, LLC with a Rule 45 subpoena commanding Comcast Cable Communications, LLC to provide Strike 3 with the true name and address of the Defendant to whom Comcast Cable Communications, LLC assigned an IP address as set forth on Exhibit A to the Complaint. Strike 3 must attach to any such subpoena a copy of this Order.

    4.    Strike 3 may only use the information disclosed in response to a Rule 45 subpoena served on Comcast Cable Communications, LLC for the purpose of protecting and enforcing Strike 3's rights as set forth in its Complaint.

    5.    Comcast Cable Communications, LLC may object to the subpoena to the Court, and Comcast Cable Communications, LLC may also seek a protective order.

**IT IS SO ORDERED.**

Dated: June 20, 2025



HON. NATHANAEL M. COUSINS
United States Magistrate Judge

2

Order on *Ex-Parte* Application for Leave to Serve Third-Party Subpoena Prior to a Rule 26(f) Conference
Case No. 5:25-cv-04763-NC