1    Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
2    **Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
3    Los Angeles, CA  90067
Phone: (310) 556-9680
4    Fax: (310) 861-5550

5    Attorney for Plaintiff
Strike 3 Holdings, LLC

6

7

8               **UNITED STATES DISTRICT COURT**

9           **NORTHERN DISTRICT OF CALIFORNIA**

10                 **SAN JOSE DIVISION**

11

| | |
|---|---|
| 12   STRIKE 3 HOLDINGS, LLC, | Case Number: 5:25-cv-04763-NC |
| 13           Plaintiff, | Honorable Nathanael M. Cousins |
| 14   vs. | ***EX-PARTE* APPLICATION FOR** |
| 15   JOHN DOE subscriber assigned IP address 98.45.159.1, | **LEAVE TO FILE UNREDACTED VERSIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT, PROPOSED** |
| 16           Defendant. | **SUMMONS, AND RETURN OF SERVICE UNDER SEAL** |
| 17 | |

18

19        Plaintiff, Strike 3 Holdings, LLC ("Plaintiff") respectively makes this *Ex-Parte*

20 application for leave to file unredacted versions of its First Amended Complaint, proposed

21 summons, and return of service under seal, and states as follows;

22        1.      Plaintiff is the owner of award-winning, critically acclaimed adult motion

23 pictures. Strike 3's motion pictures are distributed through the *Blacked*, *Blacked Raw*, *MILFY*,

24 *Slayed*, *Tushy*, *Tushy Raw*, *Vixen*, and *Wifey* adult websites and DVDs.

25        2.      Plaintiff recorded a number of infringing transactions emanating from IP

26 address 98.45.159.1.

27

28                     1

*Ex-Parte* Application for Leave to file Unredacted Versions of its First Amended Complaint, Proposed Summons, and Return of Service Under Seal

Case No. 5:25-cv-04763-NC

3.      Accordingly, this Court recently permitted Plaintiff to serve a subpoena on the Internet Service Provider ("ISP"), Comcast Cable Communications, LLC, to discover the identity of the subscriber assigned IP address 98.45.159.1, the IP address used to download and distribute Plaintiff's works via the BitTorrent network.

4.      After receiving the subpoena response, Plaintiff conducted a further investigation. Based on the investigation of the subscriber and publicly available resources, Plaintiff identified the subscriber as the true infringer/Defendant.

5.      Although Plaintiff is aware of Defendant's identity, Plaintiff is sensitive to Defendant's privacy concerns and otherwise believes that allowing Defendant to proceed anonymously serves the parties' interests.  Plaintiff has filed its First Amended Complaint in this matter, but Defendant's name and identifying information was redacted.

6.      This redacted information is central to Plaintiff's claim and includes the Defendant's name, address, and additional factual information which directly links the Defendant to the infringement in this case.  Moreover, to proceed in this action, Plaintiff requires a Summons that will contain Defendant's name and address (and Plaintiff must file a Return of Service that will also list Defendant's name and address).

7.      Accordingly, Plaintiff respectfully requests entry of an order permitting Plaintiff to file the following documents under seal so that it may include the Defendant's name, address, and/or other factual information that may identify Defendant, but which is central to Plaintiff's claim: (1) an unredacted version of its First Amended Complaint; (2) an unredacted Summons; and (3) an unredacted Return of Service.[1]

8.      The instant application should be granted because in prior similar cases, this Court entered protective orders precluding Plaintiff from publicly disclosing defendants' identifying information.  In this respect, this case is no different from prior cases.

_____

[1] The redacted First Amended Complaint was already filed on the public docket and the Summons and/or Return of Service, if they need to be filed with the Court and this application is granted, will both be filed in redacted form for the public docket as well as in unredacted form filed under seal.

*Ex-Parte* Application for Leave to file Unredacted Versions of its First Amended Complaint, Proposed Summons, and Return of Service Under Seal

Case No. 5:25-cv-04763-NC

9.      None of the parties would be prejudiced by the granting of this request.

10.     Because Defendant is not currently represented by counsel at this time and has not yet been served in this matter, Plaintiff was unable to confer with Defendant regarding the relief requested herein. *See* Declaration of Lincoln Bandlow.

WHEREFORE, Plaintiff respectfully requests entry of an order permitting Plaintiff to file unredacted versions of its First Amended Complaint, proposed summons, and return of service under seal.  A proposed order is attached for the Court's convenience.

DATED this 16th day of September, 2025.

**Law Offices of Lincoln Bandlow, PC**

*s/ Lincoln D. Bandlow*
Lincoln D. Bandlow
Attorneys for Plaintiff
Strike 3 Holdings, LLC

3

*Ex-Parte* Application for Leave to file Unredacted Versions of its First Amended Complaint, Proposed Summons, and Return of Service Under Seal

Case No. 5:25-cv-04763-NC